# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES DEPARTMENT OF STATE, et al., )<br>)<br>Defendant. ) | Case Action No. 18-cv-00374 |

## CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

Undersigned counsel of record for Plaintiff American Center for Law and Justice certifies that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff American Center for Law and Justice which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: February 20, 2018.

Respectfully submitted,

/s/ Abigail A. Southerland
Abigail A. Southerland
  (TN Bar No. 026608)
THE AMERICAN CENTER FOR LAW AND JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Email: asoutherland@aclj.org
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
*Counsel for Plaintiff*